

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00378-CV

**DOROTHY WILSON GREENE,**
**INDIVIDUALLY AND AS ATTORNEY-IN-FACT**
**FOR DEWITT T. GREENE, JR.,**

                                                        **Appellants**

 **v.**

**BRUCE GREENE, INDEPENDENT**
**EXECUTOR OF THE ESTATE OF**
**DEWITT T. GREENE, JR., DECEASED,**

                                                        **Appellees**


**From the 220th District Court**
**Bosque County, Texas**
**Trial Court No. CV-17056**


## MEMORANDUM  OPINION


Appellant, Dorothy Wilson Greene, Individually and as Attorney-in-Fact for

Dewitt T. Greene, Jr., and Appellee, Bruce Greene, Independent Executor of the Estate of

Dewitt T. Greene, filed a joint motion to dismiss the appeal.   *See* TEX. R. APP.

P. 42.1(a)(2).  The parties have reached an agreement to settle their differences.  Dismissal

of this appeal would not prevent a party from seeking relief to which it would otherwise

be entitled.  The motion is granted, and the appeal is dismissed.


                      STEVE SMITH
                      Justice

Before Chief Justice Gray,
       Justice Johnson and
       Justice Smith
Motion granted; appeal dismissed
Opinion delivered and filed November 3, 2021
[CV06]

